NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**OLATI LLC,**
*Appellant*

**v.**

**HAAS AUTOMATION, INC.,**
*Appellee*

———————————

2022-2027

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00146.

———————————

**JUDGMENT**

———————————

ROBERT R. BRUNELLI, Sheridan Ross PC, Denver, CO, argued for appellant.

MICHAEL JOHN LYONS, Morgan Lewis & Bockius LLP, Palo Alto, CA, argued for appellee. Also represented by DION MICHAEL BREGMAN, JASON EVAN GETTLEMAN, AUSTIN ZUCK; JULIE S. GOLDEMBERG, Philadelphia, PA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 14, 2023
Date

Jarrett B. Perlow
Clerk of Court